No. 306. CARSON PETROLEUM CO. *v.* VIAL ET AL.

October 15, 1928. *Per Curiam:* The writ of error and appeal are dismissed on the authority of § 237 of the Judicial Code, as amended by the act of February 13, 1925 (43 Stat. 936, 937), for lack of jurisdiction, with leave to file a brief supporting an application for certiorari within 15 days, with 10 days for opposing counsel to reply. *Mr. Wm. E. Leahy* for plaintiff in error and appellant. *Mr. Harry P. Sneed* for defendant in error and appellee. See *post*, p. 595.

No. 313. M. B. GARRIS PROPERTIES, INC., ET AL. *v.* MARTIN, GOVERNOR, ET AL.

October 15, 1928. *Per Curiam:* The appeal is dismissed on the authority of § 237 of the Judicial Code, as amended by the act of February 13, 1925 (43 Stat. 936, 937), for lack of jurisdiction, on the ground that the decree sought to be reviewed is not a final one. *Schlosser v. Hemphill*, 198 U. S. 173, 175; *Arnold v. United States*, for the use of *Guimarin & Co.*, 263 U. S. 427, 434. *Mr. Charles R. Pierce* for appellant. *Mr. Fred H. Davis* for appellee.